THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C17-1858-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PENSKE TRUCK LEASING CO., L.P., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend Defendant's deadline to file a responsive pleading (Dkt. No. 9). Finding good cause, the Court GRANTS the motion. Defendant must file a responsive pleading no later than February 9, 2018.

DATED this 11th day of January 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C17-1858-JCC
PAGE - 1